UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE and PARENT 1, | : | |
| | : | Civil Action 2:24-cv-4157 |
| Plaintiffs, | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| SOUTHWESTERN CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | : : : | |
| | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JANE DOE AND PARENT 1

Pursuant to Local Rule 83.4(b), attorneys Mark A. Weiker and Jessica N. Moore of Abdnour Weiker, LLP move for leave to withdraw as counsel for Plaintiffs Jane Doe and Parent 1 ("Plaintiffs"), and state the following in support thereof:

1. Mark A. Weiker and Jessica N. Moore are currently the attorneys of record for Plaintiffs. Counsel for Plaintiffs has reviewed the applicable ethical and local rules and believes that withdrawal is appropriate and should be allowed in the case.

2. Local Rule 83.4(b) allows for withdrawal of counsel by "(i) providing written notice to the client, to all counsel including the withdrawing attorney and any unrepresented parties, and (ii) obtaining leave of Court." Loc.R. 83.4(b).

3. The Ohio Rules of Professional Conduct 1.16(b)(5) allows for withdrawal of an attorney when "the client fails substantially to fulfill an obligation, financial or otherwise, to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Ohio Prof. Cond. Rule 1.16(b)(5).

4. Ohio Rule of Professional Conduct 1.16(b)(6) further allows for withdrawal of

an attorney when "the representation…has been rendered unreasonably difficult by the client." Ohio Prof. Cond. Rule 1.16(b)(6).

5. Ohio Rule of Professional Conduct 1.16(b)(9) allows for withdrawal of an attorney if "other good cause for withdrawal exists." Ohio Prof. Cond. Rule 1.16(b)(9).

6. At this time, representation of Plaintiffs has resulted in a substantial and unreasonable burden on the undersigned to fulfill case-related obligations, rendering the representation unreasonably difficult, and the same has been communicated to Plaintiffs on numerous occasions. Plaintiffs have been provided written notice of this motion.

7. Accordingly, Mark A. Weiker and Jessica N. Moore respectfully request the Court's permission to withdraw their appearance on behalf of Jane Doe and Parent 1.

8. Counsel also requests the Court stay the case for sixty (60) days to permit Plaintiffs an opportunity to secure new counsel and coordinate transfer of the file.

DATED this 27th day of August, 2025.

Respectfully submitted,

*/s/ Mark A. Weiker*
Mark A. Weiker (0086413)
Jessica N. Moore (0101098)
ABDNOUR WEIKER, L.L.P.
262 S. Third Street
Columbus, Ohio 43215
Tel: (614) 745-2001
Fax: (614) 417-5081
E: mark@education-rights.com
E: jessica@education-rights.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties in this case. Additionally, I have emailed a copy and sent a copy via regular, U.S. Mail, to the Plaintiffs home address.

                              */s/ Mark A. Weiker*
                              Mark A. Weiker (0086413)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE and PARENT 1, | : | |
| | : | Civil Action 2:24-cv-4157 |
| Plaintiffs, | : | |
| | : | Judge Michael H. Watson |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| SOUTHWESTERN CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER GRANTING MOTION OF MARK WEIKER AND JESSICA MOORE FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JANE DOE AND PARENT 1

This matter is before the Court on the motion of Attorneys Mark A. Weiker and Jessica N. Moore of Abdnour Weiker, LLP as counsel for Plaintiffs Jane Doe and Parent 1.

Upon consideration of the Motion, the Courts hereby finds said Motion well-taken. Accordingly, the motion of Attorneys Mark A. Weiker and Jessica N. Moore to withdraw as counsel for Plaintiffs Jane Doe and Parent 1 is hereby GRANTED.

Plaintiffs Jane Doe and Parent 1 shall have sixty (60) days to secure new legal counsel, and this case is hereby stayed for sixty (60) days.

**IT IS SO ORDERED**.

DATE: _____

_____

Michael H. Watson, Judge